UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC.,<br><br>  Defendant. | Case No. 16-cv-03463-BLF<br><br>**ORDER DIRECTING PARTIES TO COMPLY WITH PATENT LOCAL RULE 2-1(A)** |

The parties are ordered to promptly comply with Patent Local Rule 2-1(a)(2), which states:

> "Whenever a party knows or learns that actions concerning the same patent have been filed within two years of each other by the same plaintiff, the party must promptly file in each such case A Notice of Pendency of Other Action Involving Same Patent."

**IT IS SO ORDERED.**

Dated: July 13, 2016

_____
BETH LABSON FREEMAN
United States District Judge