RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mafenster@raklaw.com
Neil A. Rubin, SBN 250761
nrubin@raklaw.com
Andrew D. Weiss SBN 232974
aweiss@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
STRAIGHT PATH IP GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. <br><br> Defendant. | **Case No. 5:16-cv-03463-BLF** <br><br> **NOTICE OF PENDANCY OF OTHER ACTIONS INVOLVING SAME PATENTS** |

Pursuant to Local Patent Rule 2-1(a), Plaintiff Straight Path IP Group, Inc. ("Straight Path") hereby notifies the Court of the following pending Northern District of California actions filed by Straight Path in this District within the last two years:

*Straight Path IP Group, Inc. v. Apple Inc.*, Case No. 3:16-cv-03582-WHO

*Straight Path IP Group, Inc. v. Avaya Inc.*, Case No. 5:16-cv-03459-WHA

These actions all involve U.S. Patent No. 6,009,469, U.S. Patent No. 6,108,704, U.S. Patent No. 6,131,121 and U.S. Patent No. 6,701,365. Despite the overlap in patents, Straight Path believes that the *Apple* case should not be related to the *Cisco* and *Avaya* cases because it will involve unique issues. For example, the invalidity issues may be very different in the *Apple* case because Apple may not be subject to invalidity estoppel obligations. Despite being in a joint defense group with Cisco and Avaya during the pendency of the original litigations, Apple chose not to join in the *Inter Partes* Review proceedings filed by Avaya and Cisco. Unrelated proceedings will ensure that Cisco and Avaya are not unduly advantaged by Apple's different posture with respect to validity. Additionally, the *Apple* case involves an additional patent, U.S. Patent No. 7,149,208, not currently asserted in the other litigations.

Pursuant to Local Rule 3-13, Straight Path also hereby notifies the Court of the following action currently pending in the Southern District of New York, *Straight Path IP Group, Inc. v. Verizon Communications Inc. et al.*, Case No. 1:16-cv-04236-AJN. The *Verizon* case is a patent infringement action accusing various Verizon products of infringing some of the patents at issue in the cases in this District: U.S. Patent No. 6,108,704, U.S. Patent No. 6,121,121 and U.S. Patent No. 6,701,365. Straight Path does not believe at this time that a transfer pursuant to 28 U.S.C. § 1407 or other coordination is necessary. While there may be some overlapping issues and arguments, Straight Path does not believe that proceeding in two districts would be necessarily inefficient or waste Court resources. There are only a limited number of courts involved and the cases are likely to have distinct issues. For example, the *Verizon* case involves infringement by certain aspects of some of Verizon's cell phones, which are not involved in the cases in this District. As another example, as discussed above, the *Apple* case may have distinct invalidity issues because it did not join in the *Inter Partes* Review proceedings initiated by the

other defendants. As a result of the differences between the cases, Straight Path asserts that Multi-District Litigation or other coordination will create more inefficiency as it would efficiency.

Respectfully submitted,

DATED: July 14, 2016

RUSS, AUGUST & KABAT

*/s/ Marc A. Fenster* _____
Marc A. Fenster

Marc A. Fenster, SBN 181067
Neil A. Rubin, SBN 250761
Andrew D. Weiss SBN 232974
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
STRAIGHT PATH IP GROUP, INC.