UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STRAIGHT PATH IP GROUP, INC., )
                              ) Case No: 3:16-cv-03463
              Plaintiff(s),   )
                              ) **APPLICATION FOR**
       v.                     ) **ADMISSION OF ATTORNEY**
                              ) **PRO HAC VICE**
CISCO SYSTEMS, INC.,          ) (CIVIL LOCAL RULE 11-3)
                              )
              Defendant(s).   )

I, Wayne O. Stacy, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Cisco Systems, Inc. in the above-entitled action. My local co-counsel in this case is Sarah J. Guske, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Baker Botts LLP, 2001 Ross Avenue, Dallas, TX 75201-2980 | Baker Botts LLP, 101 California Street, Suite 3070, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 953-6678 | (415) 291-6205 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| wayne.stacy@bakerbotts.com | sarah.guske@bakerbotts.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24008070.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/07/16

Wayne O. Stacy
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Wayne O. Stacy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 8, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDG