IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | No. C 16-03463 WHA <br><br> **NOTICE RE HEARING ON MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM** |

At the upcoming hearing on March 16, defendant Cisco Systems, Inc., should be prepared to describe in detail its efforts in 2014 and 2015 to locate the agreements underlying its motion for leave to file an amended answer and counterclaim. Cisco should also be prepared to discuss any other facts probative of its diligence (or lack thereof) in this matter, including its response to documents produced in discovery by plaintiff Straight Path IP Group, Inc.

Dated: March 14, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE