IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., | No. C 16-03463 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

Plaintiff has filed an administrative motion to file under seal portions of its reply in support of a motion for leave to amend infringement contentions (Dkt. No. 84). Civil Local Rule 79-5(d) requires an accompanying declaration "establishing that the document sought to be filed under seal, or portions thereof, are sealable." The declaration accompanying plaintiff's motion states that the portions sought to be filed under seal "disclose information designated by [defendant] as 'Confidential-Attorney's Eyes Only' pursuant to the Protective Order entered in this case" (Dkt. No. 84-1 ¶ 4). "Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." Civil L.R. 79-5(d). Plaintiff's administrative motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE