IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAIGHT PATH IP GROUP, INC.,

Plaintiff,

v.

CISCO SYSTEMS, INC.,

Defendant.

No. C 16-03463 WHA

**ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

Both sides in this civil action have filed administrative motions to file under seal in connection with defendant Cisco Systems, Inc.'s motion for summary judgment of noninfringement. This order resolves those administrative motions (Dkt. Nos. 139, 152).

In this circuit, courts start with a "strong presumption in favor of access" when deciding whether to seal records. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citing *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). To seal judicial records in connection with a dispositive motion requires "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *See id.* at 1178–79 (quotations and citations omitted).

Plaintiff Straight Path IP Group, Inc., originally moved pursuant to Cisco's confidentiality designations to file under seal (1) the declaration of J. Tipton Cole and exhibits thereto, in their entirety; (2) Exhibits A, B, and C to Brian Ledahl's declaration, in their entirety; and (3) portions of Straight Path's opposition (Dkt. No. 139). In its response to an order to show cause, however, Cisco continued to seek sealing of only limited portions of the

Cole declaration and its exhibits to protect Cisco's source code, which remains "a highly protected trade secret" (*see* Dkt. Nos. 170 ¶¶ 4–7, 170-1 ¶ 4).  Moreover, the specifics of Cisco's source code proved unnecessary to resolve its motion for summary judgment (*see* Dkt. No. 172).  This order finds compelling reasons to seal the limited portions of the Cole declaration and its exhibits redacted by Cisco in its response to the order to show cause (*see* Dkt. No. 170-3).  Accordingly, Straight Path's administrative motion is **GRANTED IN PART** and **DENIED IN PART**.  Straight Path shall file unredacted versions of the other documents encompassed by its original motion to fully comply with this order by **DECEMBER 20 AT NOON**.

In its response to the order to show cause, Cisco also withdrew its administrative motion to file under seal (Dkt. No. 152) in its entirety (Dkt. No. 170 ¶¶ 1, 7 n.3, 21).

**IT IS SO ORDERED.**

Dated:  December 13, 2017.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

2