UNITED STATES DISTRICT COURT

~~CENTRAL~~ DISTRICT OF CALIFORNIA

NORTHERN

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC. | Case No. 3:16-cv003463-WHA |
| Plaintiff, | Hon. William Alsup |
| vs. | **~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO HOLD IN ABEYANCE FRCP 54 DEADLINE FOR MOTION FOR ATTORNEY'S FEES** |
| CISCO SYSTEMS, INC. | |
| Defendant. | |
| | |
| STRAIGHT PATH IP GROUP, INC. | Case No. 3:16-cv003582-WHA |
| Plaintiff, | |
| vs. | |
| APPLE, INC. | |
| Defendant. | |

The Court, having reviewed the joint stipulation of Plaintiff Straight Path IP Group, Inc. ("Straight Path"), and Defendants Cisco Systems, Inc. ("Cisco") and Apple Inc. ("Apple") (collectively, "the parties"), and good cause appearing therefore, herby **ORDERS**:

> The Rule 54(d)(2)(B)(i) deadline for filing a motion for attorney's fees and/or nontaxable costs is held in abeyance in each of the above captioned cases pending resolution of Straight Path's appeals on the merits in the above-captioned actions.

**SO ORDERED.**

Dated: ___January 19, 2018.___

_____
Hon. William Alsup
United States District Judge

1