RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Brian D. Ledahl, SBN186579
bledahl@raklaw.com
Benjamin T. Wang, SBN 228712
bwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Straight Path IP Group, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., | **Case No. 3:16-cv-3463-WA** |
| Plaintiff, | **DECLARATION OF HONORABLE PAUL R. MICHEL (RET.)** |
| v. | |
| CISCO SYSTEMS, INC., | **Hearing** |
| Defendant. | Date:   August 1, 2019 |
| | Time:  8:00 a.m. |
| | Hon. William Alsup |

RUSS, AUGUST & KABAT

**DECLARATION OF HONORABLE PAUL R. MICHEL (RET.)**

RUSS, AUGUST & KABAT

1    I, Paul R. Michel, hereby declare as follows,

2       1.      I was retained in late 2018 by Russ, August & Kabat to consult regarding

3    preparation for oral argument before the Court of Appeals for the Federal Circuit in Straight Path

4    IP Group, LLC v. Apple Inc. and Cisco Systems, Inc., CAFC Nos. 2018-1491, -1492, scheduled

5    for early January, 2019.  The appeal was from the district court's Order granting summary

6    judgment of non-infringement in favor of the defendants.

7       2.      Over the course of approximately two weeks, I studied the briefs and appendix for

8    about 14 hours.  On January 7 and 9, I met at length with Marc Fenster, who was to present the

9    oral argument, and two colleagues, exploring challenges I expected would be made to the

10   planned arguments.

11      3.      I became convinced that the arguments why the evidence met the standard needed

12   to avoid summary judgment, consistent with the claim construction by the appellate court in its

13   opinion in an appeal from a decision in an IPR, were reasonable and had factual support in the

14   record below.  Based on my understanding of the operation of the accused systems, I ultimately

15   considered the arguments for reversal of the Order to be logical and have a reasonable chance of

16   securing relief.  I did not form any opinion that the arguments were objectively unreasonable or

17   exceptionally weak, especially in light of the Federal Circuit case law on claim construction.

18      4.      In particular, I considered the arguments why the standards in the case law for

19   establishing waiver or disclaimer of claim scope were not met by statements of counsel during

20   the oral arguments in the IPR appeals, to have a reasonable chance of being accepted by the

21   Federal Circuit.

22      5.      At no point did I discern any indication that the arguments to be made were being

23   presented in bad faith.

24      I declare under penalty of perjury under the laws of the United States of America that the

25   foregoing is true and correct.

26      Executed on June 30, 2019 at Alexandria, Virginia.

27      _Paul R. Michel_

28      Hon. Paul R. Michel (Ret.)

1