IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. <br><br><br> STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | No. C 16-03463 WHA <br> No. C 16-03582 WHA <br><br><br><br><br> **ORDER SETTING BRIEFING SCHEDULE RE DEPOSITION OF HONORABLE PAUL MICHEL (RET.)** |

Plaintiff Straight Path IP Group, Inc. submitted the declaration by Honorable Paul Michel (Ret.), seeking to rely upon it to defend against the motions for attorney's fees. It would be unfair to allow such consideration without giving the other side a chance to ascertain the basis for these statements and to cross-examine those statements. Accordingly, defendant Cisco Systems, Inc.'s request to depose Judge Michel (Case No. 16-3463; Dkt. No. 219) is **GRANTED**. Defendant Apple Inc.'s objection to Straight Path's administrative motion to supplement the record (Case No. 16-3582; Dkt. Nos. 227–28) is **OVERRULED** and Straight Path's

administrative motion is **GRANTED**. Apple's request to participate in Cisco's deposition (*id.*; Dkt. No. 236) is **GRANTED**.

Within three weeks, at a date and time suitable to Judge Michel, Straight Path shall make Judge Michel available on reasonable written notice for a three-hour deposition (or longer if breaks are taken). Said deposition shall take place at a location agreeable to all counsel, but convenience of Judge Michel matters most. At least seventy-two hours before the deposition, Judge Michel shall provide to defense counsel via Straight Path's counsel copies of all materials he reviewed on the matter at any time prior to giving his declaration. Counsel, however, may inquire into Judge Michel's communications with Straight Path with respect to preparing for oral argument before the Federal Circuit *only* to the extent those communications bear upon the statements made within the Michel declaration.

Defendants' supplemental briefing — limited to the results of the deposition — is due **SEPTEMBER 12 AT NOON**. Straight Path's reply is due **SEPTEMBER 17 AT NOON**. No briefing shall exceed **TEN PAGES** and all attachments, declarations, and/or exhibits shall not exceed **50 PAGES**.

**IT IS SO ORDERED.**

Dated: August 8, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE