BAKER BOTTS L.L.P.
Wayne O. Stacy (SBN 314579)
wayne.stacy@bakerbotts.com
Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
101 California Street
36th Floor, Suite 3600
San Francisco, California 94111
Telephone:     (415) 291-6200
Facsimile:       (415) 291-6300

Attorneys for Defendant
CISCO SYSTEMS, INC.

DESMARAIS LLP
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Justin P.D. Wilcox (*pro hac vice*)
jwilcox@desmaraisllp.com
Jordan N. Malz (*pro hac vice*)
jmalz@desmaraisllp.com
Steven M. Balcof (*pro hac vice*)
sbalcof@desmaraisllp.com
Jennifer Przybylski
jprzybylski@desmaraisllp.com
230 Park Avenue
New York, NY  10169
Telephone:     (212) 351-3400
Facsimile:      (212) 351-3401

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 3:16-CV-03463-WHA <br><br> **DEFENDANT CISCO SYSTEMS, INC.'S NOTICE RE APPOINTMENT OF SPECIAL MASTER** <br><br><br> Honorable Judge William H. Alsup |

Defendant Cisco Systems, Inc. ("Cisco") hereby consents to the appointment of Matt Borden as special master to recommend the amount of attorney's fees and costs to be awarded pursuant to the Court's November 20, 2019 order (D.I. 225) granting Cisco's motion for attorney's fees and costs.

Dated:  November 25, 2019

Respectfully submitted,

 */s/ Justin P.D. Wilcox*
BAKER BOTTS LLP
Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
Wayne O. Stacy (*pro hac vice*)
wayne.stacy@bakerbotts.com

DESMARAIS LLP
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Justin P.D. Wilcox (*pro hac vice*)
jwilcox@desmaraisllp.com
Jordan N. Malz (*pro hac vice*)
jmalz@desmaraisllp.com
Steven M. Balcof (*pro hac vice*)
sbalcof@desmaraisllp.com
Jennifer Przybylski (*pro hac vice*)
jprzybylski@desmaraisllp.com

**Attorneys for Defendant**
*CISCO SYSTEMS, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically via ECF in compliance with Local Rule 5-5(a) on November 25, 2019. As such, this document was served on all counsel who have consented to electronic service.

 */s/ Justin P.D. Wilcox*
Justin P.D. Wilcox