RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mafenster@raklaw.com
Paul A. Kroeger, SBN 22904
pkroeger@raklaw.com
Neil A. Rubin, SBN 250761
nrubin@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
STRAIGHT PATH IP GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. <br><br> Defendant. | **Case No. 3:16-cv-03463-WA** <br><br> **PLAINTIFF STRAIGHT PATH IP GROUP, INC.'S NOTICE OF FILIING EXHIBITS PURSUANT TO COURT'S ORDER** |

191127 Notice of filing exhibits.docx

**PLAINTIFF STRAIGHT PATH IP GROUP, INC.'S NOTICE OF ASSERTED CLAIMS**

Pursuant to the Court's Order Dkt. No. 225, Plaintiff Straight Path IP Group, Inc. hereby submit the following exhibits:

- Exhibits E, G, H, and N.

Respectfully submitted,

Dated: November 27, 2019

**RUSS AUGUST & KABAT**

/s/ *Paul A. Kroeger*
Andrew D. Weiss
RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Paul A. Kroeger, SBN 229074
pkroeger@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
Neil A. Rubin, SBN 250761
nrubin@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**Attorneys for Plaintiff
STRAIGHT PATH IP GROUP, INC**

**PLAINTIFF STRAIGHT PATH IP GROUP, INC.'S NOTICE OF ASSERTED CLAIMS**

## CERTIFICATE OF SERVICE

I certify that counsel of record is being served on November 27, 2019, with a copy of this document via Electronic Mail and on this date.

                                                             /s/ *Paul A. Kroeger*

STRAIGHT PATH'S RESPONSE TO CISCO'S ADDITIONAL EVIDENCE