IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., | No. C 16-03463 WHA |
| Plaintiff, | No. C 16-03582 WHA |
| v. | |
| CISCO SYSTEMS, INC., | |
| Defendant. | **ORDER APPOINTING SPECIAL MASTER** |
| STRAIGHT PATH IP GROUP, INC., | |
| Plaintiff, | |
| v. | |
| APPLE INC., | |
| Defendant. | |

In this dispute over the reasonable amount of attorney's fees and costs to award, **ATTORNEY MATT BORDEN IS HEREBY APPOINTED AS A SPECIAL MASTER**.

\* \* \*

A prior order dated November 20 notified both sides that the Court was inclined to appoint Attorney Matt Borden as a special master to resolve their dispute over the reasonableness of defendants' requested fees and costs, and gave both sides until November 25 to object or request to be heard (*Straight Path IP Group, Inc. v. Cisco Systems, Inc.*, No. C 16-03463, Dkt. No. 226, *Straight Path IP Group, Inc. v. Apple Inc.*, No. C 16-03582, Dkt. No.

245).  Attorney Borden conducted a conflicts check for potential grounds for disqualification and, by special accommodation of the Court, has agreed to serve at the reduced rate of $200 per hour.  Neither side objects to his appointment (*Cisco*, Dkt. No. 227, *Apple*, Dkt. No. 246).

Accordingly, it is hereby ordered:

1. **ATTORNEY BORDEN IS HEREBY APPOINTED AS A SPECIAL MASTER** to determine, with all reasonable diligence, the reasonable amount of attorney's fees and costs to which Apple and Cisco are entitled.  He shall have all powers set forth in Federal Rule of Civil Procedure 53(c) with respect to this dispute but shall not revisit prior rulings in this case.

2. The procedure set forth in the prior order dated November 20 (*Cisco*, Dkt. No. 226, *Apple*, Dkt. No. 245), to which neither side objected, is incorporated into and deemed a part of this order.  As noted in another prior order dated November 20  (*Cisco*, Dkt. No. 225, *Apple*, Dkt. No. 244) by **DECEMBER 5 AT NOON**, the parties shall provide the special master with copies of all documents relevant to this dispute in a tabbed binder sent by mail, along with electronic text-searchable copies of all such documents.  Parties shall direct their mail to:

> Matt Borden
> BraunHagey & Borden LLP
> 351 California Street, 10th Floor
> San Francisco, CA 94104

3. By **MARCH 4, 2020 AT NOON**, the special master shall file a written report and recommendation that includes his proposed findings and the recommended award of attorney's fees and costs to which Apple and Cisco are entitled.  His report should identify all amounts disallowed and state whether the amounts disallowed qualify as the basis for further trebling and deduction of the treble amount, as per the order granting the motion for fees.

4. Any objections to or motions regarding the special master's report and recommendation must be filed by **MARCH 18 AT NOON**, to be heard on the normal 35-day track, and shall not exceed **25 PAGES** in length.  The response to any such objection or motion shall be due **SEVEN DAYS** from the filing thereof and shall also not exceed **25 PAGES** in length.  No reply briefing, please.

2

5. The Court will then review and consider any timely objections to or motions regarding the special master's report and recommendation pursuant to Rule 53(f). An order on this dispute over attorney's fees will follow.

6. Ex parte communications with the special master should be avoided if possible. Any objection to an ex parte communication or motion to disqualify must be filed within **SEVEN CALENDAR DAYS** of discovery.

7. Objections to this order shall be filed by **DECEMBER 9 AT NOON**. Any proposed modification to this order must be promptly raised in a joint letter brief, not to exceed **THREE PAGES** in length, to be filed only after the parties have met and conferred — either in person or telephonically — under the special master's supervision.

8. Attorney Borden must indicate his acceptance of this reference as a special master by signing and filing the below statement:

*I accept this appointment and reference.*

MATT BORDEN
SPECIAL MASTER

**IT IS SO ORDERED.**

Dated: December 3, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE