BAKER BOTTS L.L.P.
Wayne O. Stacy (SBN 314579)
wayne.stacy@bakerbotts.com
Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
101 California Street
36th Floor, Suite 3600
San Francisco, California 94111
Telephone:     (415) 291-6200
Facsimile:     (415) 291-6300

Attorneys for Defendant
CISCO SYSTEMS, INC.

DESMARAIS LLP
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Justin P.D. Wilcox (*pro hac vice*)
jwilcox@desmaraisllp.com
Jordan N. Malz (*pro hac vice*)
jmalz@desmaraisllp.com
Steven M. Balcof (*pro hac vice*)
sbalcof@desmaraisllp.com
Jennifer Przybylski
jprzybylski@desmaraisllp.com
230 Park Avenue
New York, NY  10169
Telephone:     (212) 351-3400
Facsimile:     (212) 351-3401

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:16-CV-03463-WHA<br><br>**DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF COMPLIANCE WITH ORDER APPOINTING SPECIAL MASTER**<br><br>Honorable Judge William H. Alsup |

Defendant Cisco Systems, Inc. ("Cisco") hereby certifies that, in compliance with the Order Appointing Special Master (D.I. 229), text-searchable copies of the materials listed below have been provided to Special Master Matt Borden via email and that a tabbed binder and USB drive containing the same materials will be provided via overnight courier service to the address provided in the Order.

1. **Declaration of Justin P.D. Wilcox in Support of Cisco's Fee Request to the Special Master**, with the following supporting materials:

   a. **Exhibit 1**, Desmarais LLP Attorney Profiles

   b. **Exhibit 2**, Webpages from desmaraisllp.com regarding awards and accolades

   c. **Exhibit 3**, Summary chart of the fees and expenses sought by Cisco

   d. **Exhibit 4**, Chart identifying, by invoice, the fees and expenses sought by Cisco

   e. **Exhibit 5**, Chart identifying, by category, the expenses sought by Cisco

   f. **Exhibit 6**, Chart identifying the expenses sought by Cisco

   g. **Native Excel File of Exhibits 3-6**

   h. **Exhibit 7**, Curriculum vitae of Dr. Arthur T. Brody

   i. **Exhibit 8**, Invoices for Dr. Brody's services

   j. **Exhibit 9**, Curriculum vitae of Michael J. Wagner

   k. **Exhibit 10**, Invoices for Mr. Wagner's services

   l. **Exhibit 11**, Webpages from desmaraisllp.com regarding the firm's alternative fees structure

   m. **Exhibit 12**, Excerpts from the American Intellectual Property Law Association 2017 Report of the Economic Survey.

2. **Declaration of Wayne Stacy in Support of Cisco's Fee Request to the Special Master**, with the following supporting materials:

   a. **Exhibit 1**, Baker Botts LLP Attorney Profiles

   b. **Exhibit 2**, Webpage from bakerbotts.com regarding awards and accolades

3. **Declaration of Laurie Wall**, with the following supporting materials:

   a. **Exhibit 1**, Chart identifying the invoices and payments for fees related to the litigation

   b. **Exhibit 2**, Invoices for fees and expenses submitted to Cisco by Baker Botts

c. **Exhibit 3**, Invoices for fees and expenses submitted to Cisco by Desmarais

d. **Exhibit 4**, Invoices for expenses submitted to Cisco by Level 2 Legal Solutions

e. **Exhibit 5**, Invoices for expenses submitted to Cisco by Lighthouse Document Technologies

f. **Exhibit 6**, Invoices for expenses submitted to Cisco by Teris LLC

Dated:  December 5, 2019

Respectfully submitted,

*/s/ Justin P.D. Wilcox*
BAKER BOTTS LLP
Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
Wayne O. Stacy (*pro hac vice*)
wayne.stacy@bakerbotts.com

DESMARAIS LLP
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Justin P.D. Wilcox (*pro hac vice*)
jwilcox@desmaraisllp.com
Jordan N. Malz (*pro hac vice*)
jmalz@desmaraisllp.com
Steven M. Balcof (*pro hac vice*)
sbalcof@desmaraisllp.com
Jennifer Przybylski (*pro hac vice*)
jprzybylski@desmaraisllp.com

**Attorneys for Defendant**
*CISCO SYSTEMS, INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically via ECF in compliance with Local Rule 5-5(a) on December 5, 2019. As such, this document was served on all counsel who have consented to electronic service.

*/s/ Justin P.D. Wilcox*
Justin P.D. Wilcox

**DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF COMPLIANCE WITH ORDER APPOINTING SPECIAL MASTER**

Case No. 3:16-CV-03463-WHA