**HOGAN LOVELLS US LLP**
Clayton C. James (Cal. Bar No. 287800)
clay.james@hoganlovells.com
Helen Y. Trac (Cal. Bar No. 285824)
helen.trac@hoganlovells.com
Three Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Celine J. Crowson (*pro hac vice*)
555 13th St NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5600
celine.crowson@hoganlovells.com

Aaron S. Oakley (*pro hac vice*)
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone (303) 899-7300
Facsimile: (303) 899 7333
aaron.oakley@hoganlovells.com

*Attorneys for Defendant Apple Inc.*

Additional Counsel Listed On Signature Page

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. C 16-03463 WHA <br> Case No. C 16-03582 WHA <br><br> **JOINT STATUS REPORT REGARDING FEES DUE TO SPECIAL MASTER** |

On May 19, 2020, the Court issued an Order adopting Special Master Matt Borden recommended awards of attorney's fees payable to Defendants Apple Inc. and Cisco Systems, Inc.

The parties are also required to compensate Special Master Borden for his 44.5 hours of work performed at $200 per hour, totaling $8900 within 14 days of the date of the Court's Order. The Court ordered that Straight Path IP Group, Inc. pay $4,450 to Special Master Borden, that Apple Inc. pay $2,225 to Special Master Borden, and Cisco Systems, Inc. pay $2,225 to Special Master Borden. The Court further ordered that the parties should submit joint status updates at seven-day intervals until they certify that Mr. Borden has been reimbursed in full. As of June 9, 2020, the parties report the following status:

Apple Inc. reports that on May 26, 2020, its counsel paid the Special Master the amount of $2,225 by wire transfer on June 2, 2020.

Cisco Systems, Inc. reports that its counsel paid the Special Master the amount of $2,225 by wire transfer on May 29, 2020.

Straight Path IP Group, Inc. reports that its counsel paid Special Master Borden the amount of $4,450, via check sent for delivery via FedEx on May 26, 2020. FedEx has confirmed delivery on June 4, 2020 after several prior unsuccessful delivery attempts.

Dated: June 9, 2020

**HOGAN LOVELLS US LLP**

By: /s/ *Clayton C. James*
   Clayton C. James

clay.james@hoganlovells.com
Three Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Aaron S. Oakley (*pro hac vice*)
aaron.oakley@hoganlovells.com
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone (303) 899-7300
Facsimile: (303) 899 7333

<2>
<3>
<4>
<5>
<6>
<7>
<8>
<9>
<10>
<11>
<12>
<13>
<14>
<15>
<16>
<17>
<18>
<19>
<20>
<21>
<22>
<23>
<24>
<25>
<26>
<27>
<28>

*Attorneys for Defendant*
APPLE INC.

**DESMARAIS LLP**

By:   /s/ *Justin P.D. Wilcox*
          Justin P.D. Wilcox

John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Justin P.D. Wilcox (*pro hac vice*)
jwilcox@desmaraisllp.com
Jordan N. Malz (*pro hac vice*)
jmalz@desmaraisllp.com
Steven M. Balcof (*pro hac vice*)
sbalcof@desmaraisllp.com
Jennifer Przybylski (*pro hac vice*)
jprzybylski@desmaraisllp.com
230 Park Avenue New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

**BAKER BOTTS LLP**

Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
Wayne O. Stacy (pro hac vice)
wayne.stacy@bakerbotts.com
101 California Street 36th Floor, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendant*
Cisco Systems, Inc.

**RUSS, AUGUST & KABAT**

By:   /s/ *Brian D. Ledahl*
          Brian D. Ledahl

Andrew D. Weiss, State Bar No. 232974
aweiss@raklaw.com
Marc A. Fenster, State Bar No. 181067
mafenster@raklaw.com

---

JOINT STATUS REPORT REGARDING FEES DUE TO SPECIAL MASTER
CASE NOS. C 16-03582 WHA, C 16-03463

Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Paul A. Kroeger, State Bar No. 229074
pkroeger@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   (310) 826-7474
Facsimile:    (310) 826-6991

*Attorneys for Plaintiff*

STRAIGHT PATH IP GROUP, INC.

**Attestation of Concurrence**

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

                                    /s/   *Brian D. Ledahl*
                                             Brian D. Ledahl

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2020 the foregoing document described as was filed electronically via the Court's Electronic Case Filing System (ECF).  Notice of the filing is being served via ECF upon all counsel who have consented to electronic service.

/s/ *Brian D. Ledahl*
Brian D. Ledahl