**RUSS, AUGUST & KABAT**
Marc A. Fenster (Cal. Bar. No. 181067)
mfenster@raklaw.com
Brian D. Ledahl (Cal. Bar. No. 186579)
bledahl@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Straight Path IP Group, Inc.*

Additional Counsel Listed On Signature Page

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. C 16-03463 WHA <br> Case No. C 16-03582 WHA <br><br> **JOINT STATUS REPORT REGARDING ATTORNEY'S FEE AWARD** |

United States District Court
Northern District of California

On May 19, 2020, the Court issued an Order adopting Special Master Matt Borden recommended awards of attorney's fees payable to Defendants Apple Inc. and Cisco Systems, Inc.

The Court further ordered the parties to provide status reports at thirty-day intervals regarding the awarded fees.

Plaintiff reports that it has filed timely notices of appeal of the Court's award as to both Apple and Cisco. The Federal Circuit has docketed the appeal as of July 6, 2020.

Plaintiff has not executed payment to Cisco on the Court's judgment of attorneys' fees of $1,920,146. Nor has Plaintiff secured a supersedeas bond. On July 16, 2020, Cisco filed an Application for Writ of Execution (Dkt. No. 253 in 3:16-cv-03463-WHA) and served Cisco's First Set of Interrogatories to Straight Path Pursuant to Fed. R. Civ. P. 69 and Cal. Civ. Proc. § 708.020.

Plaintiff has not executed payment to Apple on the Court's judgment of attorneys' fees of $2,334,054. Nor has Plaintiff secured a supersedeas bond.

Dated: July 20, 2020

HOGAN LOVELLS US LLP

By: /s/ Clayton C. James
    Clayton C. James

clay.james@hoganlovells.com
Three Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Aaron S. Oakley (pro hac vice)
aaron.oakley@hoganlovells.com
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone (303) 899-7300
Facsimile: (303) 899 7333

Attorneys for Defendant
APPLE INC.

DESMARAIS LLP

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:   _/s/ Just P.D. Wilcox_
          Justin P.D. Wilcox

John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Justin P.D. Wilcox (*pro hac vice*)
jwilcox@desmaraisllp.com
Jordan N. Malz (*pro hac vice*)
jmalz@desmaraisllp.com
Steven M. Balcof (*pro hac vice*)
sbalcof@desmaraisllp.com
Jennifer Przybylski (*pro hac vice*)
jprzybylski@desmaraisllp.com
230 Park Avenue New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

**BAKER BOTTS LLP**

Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
Wayne O. Stacy (pro hac vice)
wayne.stacy@bakerbotts.com
101 California Street 36th Floor, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendant*
Cisco Systems, Inc.


RUSS, AUGUST & KABAT

By:   _/s/ Brian D. Ledahl_____
          Brian D. Ledahl

Marc A. Fenster, State Bar No. 181067
mafenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:    (310) 826-7474
Facsimile:    (310) 826-6991

*Attorneys for Plaintiff*

STRAIGHT PATH IP GROUP, INC.

**Attestation of Concurrence**

I hereby attest that concurrence in the filing of the document has been

obtained from each of the other signatories, which shall serve in lieu of their

signatures on the document.

*/s/   Brian D. Ledahl*
Brian D. Ledahl


**CERTIFICATE OF SERVICE**

I certify that counsel of record is being served on July 20, 2020, with a copy of this document via ECF on this date.

/s/ *Brian D. Ledahl*
Brian D. Ledahl

United States District Court
Northern District of California