BAKER BOTTS L.L.P.
Wayne O. Stacy (SBN 314579)
wayne.stacy@bakerbotts.com
Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
101 California Street
36th Floor, Suite 3600
San Francisco, California  94111
Telephone:      (415) 291-6200
Facsimile:      (415) 291-6300

Attorneys for Defendant
CISCO SYSTEMS, INC.

DESMARAIS LLP
John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
Justin P.D. Wilcox (*pro hac vice*)
jwilcox@desmaraisllp.com
Jordan N. Malz (*pro hac vice*)
jmalz@desmaraisllp.com
Steven M. Balcof (*pro hac vice*)
sbalcof@desmaraisllp.com
Jennifer Przybylski
jprzybylski@desmaraisllp.com
230 Park Avenue
New York, NY  10169
Telephone:      (212) 351-3400
Facsimile:      (212) 351-3401

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC.,<br><br>            Defendant. | Case No. 3:16-cv-03463-WHA<br><br>**SECOND APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION AND AFFIDAVIT OF JOHN M. DESMARAIS IN SUPPORT OF POST-JUDGMENT INTEREST**<br><br>Honorable Judge William H. Alsup |

I, John M. Desmarais, declare and state as follows:

1.      I am an attorney admitted to practice in the State of California and a partner with the law firm of Desmarais LLP, counsel of record for Defendant Cisco Systems, Inc. ("Cisco") in the above-captioned matter. I submit this declaration based upon personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement herein.

2.      On May 19, 2020, the Court issued an order in the above-captioned action in the United States District Court, Northern District of California ("Order") awarding Cisco $1,920,146 in attorney's fees against Plaintiff Straight Path IP Group, Inc ("Straight Path"). (Dkt. No. 244.)

3.      I acted as counsel of record for the Judgment Creditor Cisco, and on July 16, 2020, requested issuance of a Writ of Execution. (Dkt. No. 253 (hereinafter "First Writ of Execution").) On July 21, 2020, the Writ of Execution issued. (Dkt. No. 255.)

4.      Straight Path informed the United States Court of Appeals for the Federal Circuit ("Federal Circuit") on February 14, 2018, that "Appellant Straight Path Group IP [*sic*], Inc. has recently changed its name to Straight Path IP Group, LLC," and moved "to amend the case caption by changing 'Straight Path IP Group, Inc.' to 'Straight Path IP Group, LLC.'" *Straight Path IP Group, LLC v. Apple Inc.*, No. 18-1491, Dkt. 13 (Fed. Cir. Feb. 14, 2018). Straight Path did not request an amended caption in the District Court proceeding, and the judgment therefore issued against Straight Path IP Group, Inc. Cisco initially sought the First Writ of Execution based upon these identified names. (Dkt. No. 253.)

5.      Since the Court issued the First Writ of Execution, Cisco learned that Plaintiff Straight Path IP Group, Inc. changed its corporate name to SPIP Litigation Group, LLC—a fact that Plaintiff had not disclosed to Cisco when Cisco filed the First Writ of Execution. Plaintiff revealed this fact in connection with its currently pending appeal to the Federal Circuit when it moved to change the caption of that appeal. Straight Path informed the Federal Circuit on August 6, 2020, that "Appellant Straight Path IP, Inc. has changed its name to SPIP Litigation Group, LLC" and moved "to amend the case caption by changing 'Straight Path IP Group, Inc.' to 'SPIP Litigation Group, LLC.'" *SPIP Litigation Group, LLC v. Apple Inc.*, No. 20-1962, Dkt. 25 (Fed. Cir. Aug. 6, 2020). Straight Path

subsequently filed documentation with the Federal Circuit on September 21, 2020, providing the Certificate of Conversion with the State of Delaware to change the name from Straight Path IP Group, Inc. to SPIP Litigation Group, LLC, dated October 24, 2017.  *Id*., Dkt. 32, Exhibit A.  It is not clear from this filing why this name change was not implemented in the present District Court litigation or the previous Federal Circuit appeal (18-1491).  On October 5, 2020, the Federal Circuit granted Straight Path's request to change the caption.  *Id*. Dkt. 33.

6.     Cisco has therefore identified two names[1] on the proposed Writ of Execution, attached hereto as Exhibit A:  Straight Path IP Group, Inc. and SPIP Litigation Group, LLC.

7.     Based on a WestLaw Company Investigator Report, the last known address for Straight Path IP Group, Inc. is 600 Sylvan Avenue, Suite 402, Englewood Cliffs, New Jersey 07632.  An address was not available through a WestLaw Company Investigator Report for SPIP Litigation Group, LLC.  The State of Delaware Department of State: Division of Corporations lists the following registered agent address for SPIP Litigation Group, LLC, File No. 4953070:  VCorp Services, LLC, 1013 Centre Road, Suite 403-B, Wilmington, Delaware 19805.  In a recent production in response to Cisco's First Interrogatories pursuant to Fed. R. Civ. Proc. 69, a bank statement identified the address for SPIP Litigation Group as 12 Bradford Place, Passaic, NJ 07055-2507.  (SPIP-02002336.)  As a result, I have listed all above addresses for Straight Path on the proposed Writ of Execution attached hereto as Exhibit A.

8.     Pursuant to California Code of Civil Procedure § 685.010 and 28 U.S.C. § 1961, the amount of post-judgment interest included in Exhibit A is $672.31.

9.     Under 28 U.S.C. § 1961, post-judgment interest "shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."

10.    To determine weekly average 1-year constant maturity interest Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding

---

[1] The third entity name, Straight Path IP Group, LLC, was identified on the First Writ of Execution.

the date of the judgment, the Federal Reserve Website was consulted at http://www.federalreserve.gov/releases/H15/.  Historical weekly averages for the market yield on U.S. Treasury securities at 1-year constant maturity, quoted on investment basis were downloaded from the Federal Reserve Website.  Per the screenshots below, the weekly average for the calendar week preceding the entry of the Order (May 19, 2020) was .09%.

| Series Description | Market yield on U.S. Treasury securities at 1-month  constant maturity, quoted on investment basis |
|---|---|
| Unit: | Percent:_Per_Year |
| Multiplier: | 1 |
| Currency: | NA |
| Unique Identifier: | H15/H15/RIFLGFCM01_N.WF |
| Time Period | RIFLGFCM01_N.WF |
| 5/15/2020 | 0.09 |

11.    There are 142 days between May 19, 2020, the date of entry of the Order, and this Application, including the final date October 8, 2020.  Therefore, the appropriate post-judgment interest was calculated at a rate of .09% per annum based on the amount of $1,920,146 for 142 days, amounting to $672.31 of accrued interest.

12.    Issuance of a Writ of Execution in the form attached hereto as Exhibit A is hereby requested.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 8th of October, 2020, in New York, NY.


By:    _/s/ John M. Desmarais_
        John M. Desmarais

        Attorney for Defendant,
        Cisco Systems, Inc.