BAKER BOTTS L.L.P.
Wayne O. Stacy (SBN 314579)
wayne.stacy@bakerbotts.com
Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
101 California Street
36th Floor, Suite 3600
San Francisco, California  94111
Telephone:     (415) 291-6200
Facsimile:      (415) 291-6300

Attorneys for Defendant
CISCO SYSTEMS, INC.

DESMARAIS LLP
John M. Desmarais (SBN 320875)
jdesmarais@desmaraisllp.com
Justin P.D. Wilcox (*pro hac vice*)
jwilcox@desmaraisllp.com
Jordan N. Malz (*pro hac vice*)
jmalz@desmaraisllp.com
Steven M. Balcof (*pro hac vice*)
sbalcof@desmaraisllp.com
Jennifer Przybylski
jprzybylski@desmaraisllp.com
230 Park Avenue
New York, NY  10169
Telephone:     (212) 351-3400
Facsimile:      (212) 351-3401

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:16-cv-03463-WHA<br><br>**THIRD APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION AND AFFIDAVIT OF JOHN M. DESMARAIS IN SUPPORT OF POST-JUDGMENT INTEREST**<br><br>Honorable Judge William H. Alsup |

I, John M. Desmarais, declare and state as follows:

1. I am an attorney admitted to practice in the State of California and a partner with the law firm of Desmarais LLP, counsel of record for Defendant Cisco Systems, Inc. ("Cisco") in the above-captioned matter. I submit this declaration based upon personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement herein.

2. On May 19, 2020, the Court issued an order in the above-captioned action in the United States District Court, Northern District of California ("Order") awarding Cisco $1,920,146 in attorney's fees against Plaintiff Straight Path IP Group, Inc ("Straight Path" or "Debtor"). (Dkt. No. 244.)

3. I acted as counsel of record for the Judgment Creditor Cisco, and on July 16, 2020, requested issuance of a Writ of Execution. (Dkt. No. 253.) On July 21, 2020, the Writ of Execution issued. (Dkt. No. 255.) On October 8, 2020, I, on behalf of Cisco, requested issuance of a Second Writ of Execution to reflect a name change of the Debtor. (Dkt. No. 258.) On October 9, 2020, the Second Writ of Execution issued. (Dkt. No. 259.)

4. To date, Straight Path has not paid the judgment owed. On August 9, 2021, my colleague, also counsel of record for Cisco, provided a Writ of Execution to the Hudson County, New Jersey, Sheriff to freeze a known account of the debtor. The current funds in that account are unknown as of this date but are not expected to satisfy the full judgment owed. As of this date, Cisco has not received any of the funds from the account.

5. Cisco seeks a Third Writ of Execution in this Court to continue its efforts to recover the judgment owed. Cisco has identified the same addresses and names of the Debtor as they appeared on the previous Writs.

6. Pursuant to California Code of Civil Procedure § 685.010 and 28 U.S.C. § 1961, the amount of post-judgment interest included in Exhibit A is $2,234.73.

7. Under 28 U.S.C. § 1961, post-judgment interest "shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury

yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."

8. To determine weekly average 1-year constant maturity interest Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, the Federal Reserve Website was consulted at http://www.federalreserve.gov/releases/H15/. Historical weekly averages for the market yield on U.S. Treasury securities at 1-year constant maturity, quoted on investment basis were downloaded from the Federal Reserve Website. Per the screenshots below, the weekly average for the calendar week preceding the entry of the Order (May 19, 2020) was .09%.

| Series Description | Market yield on U.S. Treasury securities at 1-month constant maturity, quoted on investment basis |
|---|---|
| Unit: | Percent:_Per_Year |
| Multiplier: | 1 |
| Currency: | NA |
| Unique Identifier: | H15/H15/RIFLGFCM01_N.WF |
| Time Period | RIFLGFCM01_N.WF |
| 5/15/2020 | 0.09 |

9. There are 472 days between May 19, 2020, the date of entry of the Order, and this Application, including the final date September 3, 2021. Therefore, the appropriate post-judgment interest was calculated at a rate of .09% per annum based on the amount of $1,920,146 for 142 days, amounting to $2,234.73 of accrued interest.

10. Issuance of a Writ of Execution in the form attached hereto as Exhibit A is hereby requested.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 3rd of September, 2021, in New York, NY.

By:    */s/ John M. Desmarais*

John M. Desmarais

Attorney for Defendant,
Cisco Systems, Inc.

APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION   3